# EXHIBIT A

| | |
|---|---|
| **From:** | Scott R. Grubman |
| **To:** | "don@centraldrugs.net"; "Hayley Taff"; "kyle@masstortslaw.com"; "trentrbrock@gmail.com" |
| **Subject:** | T/C FOLLOW-UP |
| **Attachments:** | Joint Representation Engagement Agreement (10-4-18).pdf |
| **Importance:** | High |

All,

Following up on our phone call, I understand that each of you would like me and my law firm to represent each of you individually, in addition to our current representation of Central Rexall Drugs and Bluen Medical. I have advised you of all of the potential risk of such joint representation, and I am satisfied that each of you understand those risks and still desire to enter into this joint representation. If you have any hesitation or questions, please let me know immediately.

Otherwise, I have attached to this email a letter outlining the terms of my joint representation. Please review very carefully and if you agree to the terms, please sign and scan back to me ASAP. I made it so that each signature line is on a separate page so it's easier to gather signatures.

Thanks,

**Scott R. Grubman | Partner**

**CHILIVIS, COCHRAN, LARKINS & BEVER LLP**

3127 Maple Drive, NE | Atlanta, Georgia  30305

**T:** 404.262.6505 | **E:** sgrubman@cclblaw.com | **Bio**

Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential, or otherwise legally protected from disclosure.  If you are not the named addressee, or otherwise believe that you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you believe that you have received this message in error, please notify the sender immediately by return e-mail and delete all copies of the message.