UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

April 14, 2021

OFFICE: CAMDEN                                           DATE OF PROCEEDINGS

JUDGE ROBERT B. KUGLER

COURT REPORTER:   CARL NAMI, JR.

Docket #     CR. 20-800 (RBK)

TITLE OF CASE:
UNITED STATES OF AMERICA
                    v.

CHRISTOPHER KYLE JOHNSTON, et al.

APPEARANCES:
David Walk, AUSA, and Christina Hud, AUSA, for Govt.
Scott Grubman, Esq., for Defendant Christopher Kyle Johnston (not present)
Don Samuel, Esq., and Amanda Clark Palmer, Esq., for Defendant Trent Brockmeier (not present)
Carl Lietz, Esq., for Christopher Casseri (not present)

NATURE OF PROCEEDINGS:   TELEPHONE STATUS CONFERENCE

Telephonic status conference held.
Speedy Trial continuance order to be entered.
Ordered telephone status conference set for July 14, 2021 at 10:00AM.

 Time commenced: 10:00a.m.    Time Adjourned:   10:10a.m.        Total Time: 0:10

                                        s/Lawrence MacStravic
                                        DEPUTY CLERK