UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-800 (RBK) |
| v. | |
| CHRISTOPHER KYLE JOHNSTON, TRENT BROCKMEIER, and CHRISTOPHER CASSERI | ORDER FOR CONTINUANCE |

As articulated orally on the record at the Status Conference on April 14, 2021, it is the findings of this Court that this matter should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants, the number of charges, the voluminous discovery, and the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The ongoing coronavirus ("COVID-19") pandemic has caused certain necessary limitations and delays in matters pending before the Court. The Centers for Disease Control and Prevention and other health authorities have advised to promptly take necessary precautions to reduce exposure to COVID-19 and slow spread of the virus. Participants in court proceedings are necessarily often in close proximity to one another, and preventing the spread of COVID-19

requires limiting contact. Jury selection in this District—and particularly in matters such as this one with more than one defendant and voluminous evidence—involves assembling large jury venire pools, including many individuals who must travel. Additionally, trial in this matter will likely require travel by defendant(s) and several witnesses. By way of the Court's Standing Order 2021-04, the Court held that that all jury selections and trials have been continued through June 1, 2021 and that the time period of March 16, 2020 through June 1, 2021 shall be "excluded time" in all criminal cases under the Speedy Trial Act.

3. As articulated during the Status Conference on April 14, 2021, the review and inspection of the voluminous discovery and preparation for trial remains ongoing. Accordingly, a status conference in this matter has been set on July 14, 2021.

4. As expressed orally on the record at the Status Conference on April 14, 2021, all defendants have consented to this continuance.

5. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this <u>  14th  </u> day of <u>  April  </u>, 2021,

(1)     ORDERED that this action be, and hereby is, continued until July 14, 2021; and it is further

(2)     ORDERED that the period from the date of this order through July 14, 2021 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE ROBERT B. KUGLER
United States District Judge