# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-800 (RBK) |
| v. | |
| CHRISTOPHER KYLE JOHNSTON, TRENT BROCKMEIER, and CHRISTOPHER CASSERI | ORDER FOR CONTINUANCE |

As articulated orally on the record at the Status Conference on July 12, 2021, it is the findings of this Court that this matter should be continued:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants, the number of charges, the voluminous discovery, and the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The coronavirus ("COVID-19") pandemic has caused certain necessary limitations and delays in matters pending before the Court. By way of the Court's Standing Order 2020-04, the time period of March 16, 2020 through June 1, 2021 is "excluded time" in all criminal cases under the Speedy Trial Act. Pursuant to the Court's Standing Order, criminal jury trials resumed in person on June 1, 2021. But the Chief Judge has also ordered that those trials must be conducted in a manner that ensures the safety of all parties, including prospective jurors. As such, the Court has ordered only one jury pool at a time in each of the District's three vicinages. The Court has further

1

ordered that it cannot process a second jury pool in each vicinage until the first jury pool has completed its service.

3. Given that this case is an unusual or complex case within the meaning of the Speedy Trial Act, additional time is needed to ensure adherence to the Court's reopening plan and adhere to the necessary safety protocols set forth in Standing Order 2021-04.

4. The review and inspection of the voluminous discovery and preparation for trial remains ongoing. Accordingly, a status conference in this matter has been set on December 13, 2021.

5. As expressed orally on the record at the Status Conference on July 12, 2021, all defendants have consented to this continuance.

6. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this __12th__ day of July, 2021,

(1) ORDERED that this action be, and hereby is, continued until December 13, 2021; and it is further

(2) ORDERED that the period from the date of this order through December 13, 2021 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

                                          HONORABLE ROBERT B. KUGLER
                                          United States District Judge