AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20-cr-800-RBK |
| CHRISTOPHER KYLE JOHNSTON, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America (with regard to the forfeiture matters and for notice purposes)                    .

Date:      07/28/2021

s/ Barbara A. Ward
*Attorney's signature*

Barbara A. Ward
*Printed name and bar number*

United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
*Address*

barbara.ward@usdoj.gov
*E-mail address*

(973) 645-2825
*Telephone number*

*FAX number*