UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

December 13, 2021
OFFICE: CAMDEN                                    DATE OF PROCEEDINGS

JUDGE ROBERT B. KUGLER

COURT REPORTER:   CAMILLE PEDANO

Docket #     CR. 20-800 (RBK)

TITLE OF CASE:
UNITED STATES OF AMERICA
            v.

CHRISTOPHER KYLE JOHNSTON, et al.

APPEARANCES:
David Walk, AUSA, and Christina Hud, AUSA, for Govt.
Scott Grubman, Esq., for Defendant Christopher Kyle Johnston (not present)
Amanda Clark Palmer, Esq., for Defendant Trent Brockmeier (not present)
Carl Lietz, Esq., and David Bouchard, Esq., for Christopher Casseri (not present)


NATURE OF PROCEEDINGS:   TELEPHONE STATUS CONFERENCE

Telephonic status conference held.
Speedy Trial continuance order to be entered.
Ordered telephone status conference set for March 14, 2022 at 10:00AM.



Time commenced: 10:00a.m.    Time Adjourned:  10:10a.m.    Total Time:   0:10

s/Lawrence MacStravic
DEPUTY CLERK