# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:20-CR-00800 |
| v. ) | |
| ) | |
| CHRISTOPHER KYLE JOHNSTON,) | ~~PROPOSED~~ ORDER |
| TRENT BROCKMEIER, and ) | |
| CHRISTOPHER CASSERI, ) | |
| ) | |
| Defendants. ) | |

This matter having come before the Court on the Unopposed Motion of Defendant Christopher Kyle Johnston to Modify Conditions of Release, it is hereby ORDERED as follows:

Mr. Johnston's conditions of release, Docket No. 4, are hereby modified to permit Mr. Johnston to travel to Atlanta, Georgia and Charlotte, North Carolina, between the dates of June 22, 2022, through July 9, 2022.

**IT IS SO ORDERED**

This 18 day of May 2022.

_____
HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE