# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-800 (RBK) |
| v. | |
| CHRISTOPHER KYLE JOHNSTON, TRENT BROCKMEIER, and CHRISTOPHER CASSERI | ORDER FOR CONTINUANCE |

It is the findings of this Court that this matter should be continued:

1. All defendants have consented to this continuance.

2. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iii), in light of the number of charges and the nature of the prosecution.

3. The discovery in the case is voluminous and additional time is necessary to ensure that, taking into account the exercise of diligence, counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

4. The coronavirus ("COVID-19") pandemic has caused certain necessary limitations and delays in matters pending before the Court. By way of the Court's Standing Orders 2021-04 (March 11, 2021) and 2021-11 (Dec. 29, 2021), the time periods of March 16, 2020 through June 1, 2021 and December 29, 2021 through January 31, 2022 are "excluded time" in all criminal cases under the Speedy Trial Act. Although criminal trials in the District of New Jersey have at present resumed

in person, the Chief Judge has ordered that trials must be conducted in a manner that ensures the safety of all parties, including prospective jurors. Accordingly, a continuance is warranted to address the ongoing effects of the COVID-19 pandemic.

5. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii), (iii), and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this __16th__ day of __June__, 2022,

(1) ORDERED that this action be, and hereby is, continued until October 3, 2022; and it is further

(2) ORDERED that the period from the date of this order through October 3, 2022 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE ROBERT B. KUGLER
United States District Judge

2