UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

July 6, 2022
DATE OF PROCEEDINGS

JUDGE ROBERT B. KUGLER

COURT REPORTER:  SHARON RICCI

Docket #   CR. 20-800 (RBK)

TITLE OF CASE:
UNITED STATES OF AMERICA
       v.

CHRISTOPHER KYLE JOHNSTON, et al.

APPEARANCES:
Christina Hud, AUSA, and David Walk, AUSA, for Govt.
Lauren Warner, Esq., for Defendant Christopher Kyle Johnston (not present)
Amanda Clark Palmer, Esq., for Defendant Trent Brockmeier (not present)
Carl Lietz, Esq., and David Bouchard, Esq., for Christopher Casseri (not present)

NATURE OF PROCEEDINGS:  TELEPHONE STATUS CONFERENCE

Telephonic status conference held.
Speedy Trial continuance order to be entered.
Ordered telephone status conference set for October 4, 2022 at 9:30AM.

Time commenced: 3:10p.m.    Time Adjourned:  3:20p.m.    Total Time:  0:10

s/Lawrence MacStravic
DEPUTY CLERK