<b>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY</b>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KYLE JOHNSTON, TRENT BROCKMEIER, and CHRISTOPHER CASSERI | Crim. No. 20-800 (RBK)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Anne M. Collart, Esq. of Gibbons P.C., who is admitted to practice in this Court, hereby enters her appearance as co-counsel on behalf of defendant Christopher Kyle Johnston in the above-captioned matter.

Dated: March 23, 2023

By: *s/ Anne M. Collart*
Anne M. Collart, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4737
acollart@gibbonslaw.com

*Attorneys for Defendant*
*Christopher Kyle Johnston*