23UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 20-800 (RBK) |
| v. | *Document Electronically Filed* |
| CHRISTOPHER KYLE JOHNSTON, TRENT BROCKMEIER, and CHRISTOPHER CASSERI | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lawrence S. Lustberg, Esq. of Gibbons P.C., who is admitted to practice in this Court, hereby enters his appearance as co-counsel on behalf of defendant Christopher Kyle Johnston in the above-captioned matter.

Dated: March 23, 2023

By: *s/ Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4731
llustberg@gibbonslaw.com

*Attorneys for Defendant*
*Christopher Kyle Johnston*