UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CHRISTOPHER KYLE JOHNSTON,
TRENT BROCKMEIER, and
CHRISTOPHER CASSERI

Crim. No. 20-800 (RBK)

*Document Electronically Filed*

[~~PROPOSED~~] CONSENT ORDER
SETTING BRIEFING SCHEDULE

**THIS MATTER** having come before the Court on the joint application of Defendants Christopher Kyle Johnston, by and through his counsel Gibbons P.C. (Lawrence S. Lustberg, Esq. and Anne M. Collart, Esq., appearing) and Chilivis, Grubman, Dalbey & Warner, LLP (Scott R. Grubman, Esq., appearing); Trent Brockmeier, Garland, Samuel & Loeb, P.C. (Don F. Samuel, Esq., and Amanda Clark Palmer, Esq., appearing); Christopher Casseri, Finch McCranie, LLP (Carl Lietz, Esq., appearing), and the United States, by Vikas Khanna, Attorney for the United States (Assistant U.S. Attorneys Christina O. Hud, R. David Walk, Jr., and Daniel Friedman, appearing), for an agreed-upon briefing schedule setting forth deadlines by which certain pretrial motions shall be filed; and for good cause shown,

**IT IS** on this 27 day of June, 2023, hereby

**ORDERED** that Defendants shall file their pretrial motions directed to the face of the Indictment on or before August 11, 2023; and it is further

**ORDERED** that the Government shall file any opposition to those motions on or before September 11, 2023; and it is further

**ORDERED** that Defendants shall file reply briefs on or before September 25, 2023; and it is further

OCTOBER 11, 2023 at 11AM

**ORDERED** that oral argument shall be held on ~~a date to be set by the Court~~; and it is further

**ORDERED** that this order is without prejudice to any party filing such additional pretrial, *in limine* or other motions as may be appropriate as discovery is provided and as the course of the litigation of this matter otherwise dictates.

Honorable Robert B. Kugler
United States District Judge

s/ *Christina O. Hud*

Christina O. Hud
R. David Walk, Jr.
Daniel A. Friedman
Assistant U.S. Attorneys
**United States Attorney's Office**
4th & Cooper Streets
Camden, New Jersey 08101
Tel.: (856) 757-5026
Email: christina.hud@usdoj.gov


Dated:   June 26, 2023

s/ *Lawrence S. Lustberg*

Lawrence S. Lustberg

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.: (973) 596-4500

Email: llustberg@gibbonslaw.com


s/ *Scott R. Grubmaan*

Scott R. Grubman

**Chilivis, Grubman, Dalbey & Warner, LLP**
1834 Independence Square
Atlanta, Georgia 303388
Tel.: (404) 233-4171

Email: sgrubman@cglawfirm.com

Dated:   June 26, 2023

*Counsel for Defendant Christopher Kyle Johnston*

*s/ Don F. Samuel*
_____
Don F. Samuel

**Garland, Samuel & Loeb, P.C.**
3151 Maple Drive
Atlanta, Georgia 30305
Tel.: (404) 262-2225

Email: dfs@gsllaw.com


Dated:   June 26, 2023


*Counsel for Defendant Trent Brockmeier*

*s/ Carl Lietz*
_____
Carl Lietz

**Finch McCranie, LLP**
225 Peachtree St, NE;
Suite 1700 South Tower
Atlanta, Georgia 30303
Tel.: (404) 658-9070

Email: carl@finchmccranie.com


Dated:   June 26, 2023


*Counsel for Defendant Christopher Casseri*