UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-800 (RBK) |
| v. | |
| CHRISTOPHER KYLE JOHNSTON, TRENT BROCKMEIER, and CHRISTOPHER CASSERI | ORDER FOR CONTINUANCE |

It is the findings of this Court that this matter should be continued:

1. All defendants have consented to this continuance.

2. As discussed during the January 10, 2024, status conference, trial in this matter had been set to commence on April 8, 2024, and has now been rescheduled at the request of defense counsel to commence on June 17, 2024.

3. This case is an unusual and complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iii), in light of the number of charges, defendants, and the nature of the prosecution.

4. The discovery in the case is voluminous and complex, and additional time is necessary to ensure that, taking into account the exercise of diligence, counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

5. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii), (iii), and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

1

IT IS, therefore, on this 10th day of January, 2024,

(1)     ORDERED that this action be, and hereby is, continued until June 17, 2024; and it is further

(2)     ORDERED that the period from the date of this order through June 17, 2024 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE ROBERT B. KUGLER
United States District Judge