UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **CHRISTOPHER KYLE JOHNSTON and TRENT BROCKMEIER** | **Case No. 20–cr–00800–ESK** <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on the motions in limine filed by the government (ECF Nos. 221, 226) and defendants Christopher Kyle Johnston and Trent Brockmeier (ECF Nos. 222, 223); and the parties having filed oppositions (ECF Nos. 235, 236, 237, 238) to the moving briefs and replies (ECF Nos. 240, 241, 242) in further support of their positions; and the Court having held a hearing on the motions on January 24, 2025; and for the reasons stated on the record:

**IT IS** on this   **24th** day of **January 2025**   **ORDERED** that:

1. The government's motion in limine to exclude defense experts (ECF No. 226) is **DENIED without prejudice**.

2. The aspect of the government's motion in limine to "[p]ermit the use of hypothetical questions to elicit testimony from a fraud victim about what information was material" (ECF No. 221 pp.50–52) is **DENIED without prejudice**.

3. The aspect of the government's motion in limine to "[a]dmit [s]ummary [c]harts [t]racing the [f]unds [p]aid to [r]elevant [i]ndividuals and [e]ntities" (*id.* pp.52–56) is **GRANTED**.

4. The aspect of the government's motion to introduce "evidence showing defendants' receipt and spending of the proceeds of the charged crimes" as to defendants' purchase of a yacht and home (*id.* pp.68–70) is **DENIED**.

5. The aspect of the defendants' motions in limine to limit evidence the government argues is intrinsic to the charged crimes that defendants authorized payments in violation of the federal Anti-Kickback Statute or, in the

2

alternative under Federal Rule of Evidence 404(b) (ECF Nos. 222, 223) is **GRANTED**.

6. All other aspects of the parties' motions in limine are **moot**.

7. The Clerk of the Court is directed to terminate the motions at ECF Nos. 221, 222, 223, and 226.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**
