UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.

CHRISTOPHER KYLE JOHNSTON-01,
TRENT BROCKMEIER-02
    DEFENDANTS PRESENT

DATE OF PROCEEDINGS
FEBRUARY 24, 2025

Docket # 20-CR-800-ESK

APPEARANCES:
Daniel A. Friedman and R. David Walk, Jr., AUSAs for Government.
Lawrence S. Lustberg, Andrew Marino, Anne M. Collart, Esquires for Defendant-Johnston.
Marc Agnifilo and David Gelfand, Esquires for Defendant-Brockmeier.

NATURE OF PROCEEDINGS:   TRIAL
Trial with jury <u>continued</u> before the Honorable Edward S. Kiel.
Khaled Farahat sworn.
Christopher J. Casseri sworn.
Ordered trial with jury <u>continued</u> to Tuesday, February 25, 2025 at 9:30 a.m., Courtroom 4D.

Time commenced: 9:30 a.m.
Time Adjourned: 4:30 p.m.
Total Time: 6 hours, 20 min.

s/GN
DEPUTY CLERK