

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: 973-596-4731
llustberg@gibbonslaw.com

July 23, 2025

<u>VIA ECF</u>

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building
 & U.S. Courthouse
4th and Cooper Streets, Court Room 3A
Camden, New Jersey 08101

   Re: <u>*United States v. Johnston, et al.*, 20-cr-800 (ESK)</u>

Dear Judge Kiel:

  As Your Honor is aware, this Firm represents defendant Christopher Kyle Johnston in the above-referenced matter. I write on behalf of both Defendants to respectfully request an extension of time by which to file Defendants' reply briefs in further support of their post-trial motions. Those reply briefs are currently due July 25, 2025. Defendants respectfully request an additional two weeks, which would extend the deadline to August 8, 2025. The reasons for the request have to do with the fact that the undersigned defense counsel is currently on vacation and the modified schedule for these motions put the due date right at the end of that vacation.

  Defendants have conferred with the Government, which has graciously indicated that it does not object to this request. If it is also amenable to the Court, please So Order this letter in the space indicated below; of course, if Your Honor desires, we can supply a separate proposed Order.

  Please do not hesitate to contact me if Your Honor has any questions or concerns. Thank you so much for your kind consideration of this matter

GIBBONS P.C.

July 23, 2025
Page 2

                                              Respectfully submitted,

                                              *s/Lawrence S. Lustberg*
                                              Lawrence S. Lustberg

cc:    All counsel of record (via email)

SO ORDERED:

_____
Honorable Edward S. Kiel
United States District Judge