

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: 973-596-4731
llustberg@gibbonslaw.com

August 13, 2025

# ORDER

<u>VIA ECF</u>

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building
 & U.S. Courthouse
4th and Cooper Streets, Court Room 3A
Camden, New Jersey 08101

Re: <u>*United States v. Johnston, et al.*, 20-cr-800 (ESK)</u>

Dear Judge Kiel:

As Your Honor is aware, this Firm represents defendant Christopher Kyle Johnston in the above-referenced matter. I write on behalf of both Defendants to respectfully request a brief (one business day, encompassing a weekend) extension of time by which to file Defendants' reply briefs in further support of their post-trial motions, from August 15, 2025 to August 18, 2025. The reasons for this extension request are that I will be out of town watching my grandchildren at a family wedding from Thursday through Sunday and my colleague Ms. Collart is traveling out of the country. This extension will thus permit the necessary time for client and co-counsel review.

Defendants have conferred with the Government, which has very graciously indicated that it does not object to this request. If it is also amenable to the Court, please So Order this letter in the space indicated below.

Please do not hesitate to contact me if Your Honor has any questions or concerns. Thank you so much for your kind consideration of this matter

GIBBONS P.C.

August 13, 2025
Page 2

                                            Respectfully submitted,

                                            *s/Lawrence S. Lustberg*
                                            Lawrence S. Lustberg

cc:     All counsel of record (via email)

**So Ordered.**

     ***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: August 14, 2025**