

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: 973-596-4731
llustberg@gibbonslaw.com

September 16, 2025

**VIA ECF**

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building
 & U.S. Courthouse
4th and Cooper Streets, Court Room 3A
Camden, New Jersey 08101

    Re:    *United States v. Johnston, et al.*, 20-cr-800 (ESK)

Dear Judge Kiel:

    As Your Honor is aware, this Firm represents defendant Christopher Kyle Johnston in the above-referenced matter. I write with the consent of both co-Defendant Trent Brockmeier and the Government to respectfully request a status conference at the Court's convenience to address several matters, including two scheduling issues.

    First, the Court now has before it a great volume of briefing on Defendants' post-trial motions, as to which the Defendants have requested and hope to have the opportunity to present oral argument to the Court on the very important issues raised therein. To the extent the Court agrees and grants us the opportunity to present such argument, we are hoping to address an when the Court's and counsel's schedule would accommodate such a proceeding

    Second, the final Presentence Investigation Reports ("PSR") have, as of this writing, not yet been provided (although we were asked by the Probation Office for some additional information today and were told that the Final PSRs may be provided tomorrow). Under paragraph 13 of Amended Standing Order 2020-01, the parties are entitled to those reports 35 days in advance of sentencing so that both the Government and the defense have the opportunity to provide helpful sentencing memoranda to the Court. The deadline for a timely disclosure accordingly has passed, and so we would respectfully submit that the sentencings, now scheduled for October 6, 2025, should be rescheduled to a date that both takes into account the post-trial motion schedule discussed above and provides an adequate opportunity and process for resolving the parties' significant differences with respect to certain factual issues (primarily the loss figure); indeed, it may be advisable to bifurcate sentencing in order to address objections to the PSRs first and then the actual sentencings thereafter, a matter – among other potential issues – about which we have agreed with the Government we will meet and confer in advance of any status conference with Your Honor.

GIBBONS P.C.

September 16, 2025
Page 2

      We look forward to hearing from the Court with regard to this request. Meanwhile, please do not hesitate to contact me if Your Honor has any questions or concerns.  Thank you so much for your kind consideration of this matter

                Respectfully submitted,

                *s/Lawrence S. Lustberg*
                Lawrence S. Lustberg

cc:    All counsel of record (via ECF)