# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHRISTOPHER KYLE JOHNSTON and TRENT BROCKMEIER** | Case No. 20–cr–00800–ESK<br><br>ORDER |

    **THIS MATTER** having come before the Court on May 22, 2025 on defendants' omnibus motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure (Rule) 29, or alternatively, new trial pursuant to Rule 33 (Motion) (ECF Nos. 327, 327–1); and the government having filed an opposition to the Motion (ECF No. 342) on July 11, 2025; and defendants having filed a reply (ECF No. 350) on August 18, 2025 in further support of the Motion; and on October 24, 2025, the government having filed a letter to advise the Court of a decision from the Third Circuit that it believed relevant to the Motion (ECF No. 364); and oral argument on the Motion having been heard on October 27, 2025 (ECF No. 367); and at the Court's direction, the parties having filed supplemental letter-briefs on November 10, 2025 (ECF Nos. 368, 369); and on December 8, 2025, defendants having filed a letter citing to new authority in support of their position (ECF No. 371); and the government having filed a response to defendants' letter on December 15, 2025 (ECF No. 372); and for the reasons stated in the accompanying Opinion:

    **IT IS** on this   **16th** day of **January 2026**   **ORDERED** that:

    1.    The Rule 29 aspect of the Motion is **GRANTED**. A judgment of acquittal shall be entered as to defendants on all counts.

    2.    The Rule 33 aspect of the Motion is conditionally **GRANTED**.

    3.    The Clerk of the Court is directed to terminate the Motion at ECF No. 327.

                                              */s/ Edward S. Kiel*
                                              **EDWARD S. KIEL**
                                              **UNITED STATES DISTRICT JUDGE**