

**Lawrence S. Lustberg**
Partner
+1 973.596.4731 (t)
llustberg@fbtgibbons.com

March 3, 2026

**VIA ECF**

Honorable Edward S. Kiel, U.S.D.J.
Mitchell H. Cohen Building &U.S. Courthouse
4th and Cooper Streets, Courtroom 3A
Camden, New Jersey 08101

      Re:    <u>*United States v. Johnston, et al.*, Dkt. No. 20-cr-800 (ESK)</u>

Dear Judge Kiel:

      As the Court is aware, this firm represents Christopher Kyle Johnston in the above captioned matter. In September 2020, Mr. Johnston was indicted, and the Court imposed certain conditions of pretrial release, including the requirement that he execute an appearance bond for $100,000, secured by real property located at 7512 Catherine Claire Lane, Baton Rouge, LA 70810. *See* ECF Nos. 4, 18-19. Following the jury trial in this matter, consistent with the Court's direction, Mr. Johnston executed an increased appearance bond in the amount of $2,000,000, as well as a further agreement to forfeit property, including a J.P. Morgan Investment Account and the same real property that secured the initial $100,000 appearance bond. *See* ECF Nos. 321-322.

      On January 16, 2026, the Court entered an Opinion, ECF No. 373, and Order, ECF No. 374, granting Mr. Johnston's Rule 29 Motion and conditionally granting his Rule 33 Motion. Since that time, we understand that although Mr. Johnston has been released by the Office of Pretrial Services from his other conditions of release, the lien on his property has not yet been vacated. Accordingly, Mr. Johnston respectfully requests that the Court order that his appearance bonds now be released and deemed satisfied.

      If this is acceptable to the Court, Mr. Johnston respectfully requests that Your Honor "So-Order" this letter in the space provided below and direct its entry on the docket at the Court's convenience. Please do not hesitate to contact me if the Court has any further questions or concerns. We thank the Court for its kind consideration of this matter.

      Respectfully submitted,

      *s/ Lawrence S. Lustberg*
      Lawrence S. Lustberg

March 3, 2026
Page 2

**SO ORDERED:**

This \_\_\_\_ day of March, 2026

_____
Honorable Edward S. Kiel
United States District Judge

cc:   All counsel of record (via ECF)